UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHAWANNA DEVILLE, ET AL | : |
| VERSUS | :    CIVIL ACTION NO.: 6:17-CV-00961 |
| THE CITY OF VILLE PLATTE, ET AL | :    JUDGE JAMES, MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**CONSENT JUDGMENT**

By agreement of counsel and considering the **Motion to Strike Penalty, Punitive, or Exemplary Damages** and the **Motion to Dismiss Pursuant to Rule 12(b) to dismiss the Ville Platte Police Department** previously filed on behalf of the CITY OF VILLE PLATTE and CHIEF NEAL LARTIGUE, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF VILLE PLATTE, and the VILLE PLATTE POLICE DEPARTMENT **[Court Docs. #5 and 7]**;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Motion to Strike Penalty, Punitive, or Exemplary Damages** filed on behalf of the CITY OF VILLE PLATTE and CHIEF NEAL LARTIGUE, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF VILLE PLATTE, **[Court Doc. #5]** be and same is hereby **GRANTED**, and plaintiff's claims for Penalty, Punitive, and Exemplary Damages against the CITY OF VILLE PLATTE and CHIEF NEAL LARTIGUE, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF VILLE PLATTE, be and they are hereby **DISMISSED**, as there is

no Louisiana state statute that allows for the recovery of penalty, punitive or exemplary damages in this matter, and that pursuant to *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981), punitive damages cannot be recovered from the CITY OF VILLE PLATTE and CHIEF NEAL LARTIGUE, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF VILLE PLATTE, and that plaintiff's claims for such damages against the CITY OF VILLE PLATTE and CHIEF NEAL LARTIGUE, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE CITY OF VILLE PLATTE, for penalties are dismissed as a matter of law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the **Motion to Dismiss Pursuant to Rule 12(b) to dismiss the Ville Platte Police Department** filed on behalf of the VILLE PLATTE POLICE DEPARTMENT **[Court Doc. #7]** be and same is hereby **GRANTED**, and the VILLE PLATTE POLICE DEPARTMENT is hereby dismissed from this matter, with prejudice, with plaintiffs reserving their rights to proceed against the remaining named defendants.

Mr. Jacob B. Fusilier has given Joy C. Rabalais the authority to submit this proposed Consent Judgment with his electronic signature.

THUS DONE AND SIGNED this _____ day of _____, 2017, at Lafayette, Louisiana.

_____
JUDGE

**SUBMITTED BY:**

BORNE, WILKES & RABALAIS, L.L.C.

BY:         s/Joy C. Rabalais
     JOY C. RABALAIS (26476), T.A.
     KYLE N. CHOATE (33524)
     TAYLOR R. STOVER (35975)
     ALLISON M. ACKAL (31590)
     H. EDWARD BAROUSSE, III (28310)
     200 West Congress Street, Suite 1000
     Post Office Box 4305
     Lafayette, Louisiana  70502-4305
     Telephone:  (337)  232-1604 Ext. 232
     Facsimile:  (337) 232-1837
     E-mail:  rabalais@bornewilkes.com

     ATTORNEYS FOR THE CITY OF VILLE PLATTE
     AND CHIEF NEAL LARTIGUE, IN HIS OFFICIAL
     CAPACITY AS CHIEF OF POLICE OF THE CITY
     OF VILLE PLATTE, AND THE VILLE PLATTE
     POLICE DEPARTMENT

**APPROVED:**

FUSILIER & ASSOCIATES, LLC

BY:         s/Jacob B. Fusilier
     JACOB B. FUSILIER (Trial Attorney)
     ATTORNEY AT LAW
     BAR ROLL NUMBER 30246
     305 W. MAGNOLIA STREET
     POST OFFICE BOX 528
     VILLE PLATTE, LOUISIANA  70586
     337-363-6661-TELEPHONE
     337-363-3226-FAX

     ATTORNEYS FOR SHAWANNA DEVILLE,
     SHAQUILLE FREEMAN AND LILJOHN O'NEAL

## CERTIFICATE

I HEREBY CERTIFY that on the 3rd day of October, 2017, a copy of the foregoing Consent Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Jacob B. Fusilier by operation of the court's electronic filing system.

_____s/Joy C. Rabalais_____
JOY C. RABALAIS (Bar Roll #26476)
BORNE, WILKES & RABALAIS, L.L.C.
Attorney for Defendants
