UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHAWANNA DEVILLE, ET AL. | CIVIL ACTION NO. 6:17-cv-00961 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CITY OF VILLE PLATTE, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 7) is GRANTED, and the plaintiffs' claim against Ville Platte Police Department is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** this 26th day of October, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE