UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

SHAWANNA DEVILLE, ET AL                    :

VERSUS                                     :        CIVIL ACTION NO.:  6:17-CV-00961

THE CITY OF VILLE PLATTE, ET AL            :        UNASSIGNED DISTRICT JUDGE
                                                    MAG. JUDGE HANNA

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

ORDER

   Considering the foregoing Joint Motion for Dismissal;

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the plaintiffs'

Complaint in the above entitled and numbered cause be, and it is hereby dismissed with full

prejudice to all rights of all parties.

   **THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 5th day of January,

2018.

                                        CHIEF JUDGE S. MAURICE HICKS, JR.